UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY SUE PARKER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | NO. C15-426RSL<br><br>ORDER OF REMAND |

Having reviewed the record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, the Court hereby ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) The Court reverses the ALJ's decision and remands this matter to defendant for further administrative proceedings in accordance with the findings contained in the Report and Recommendation; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Strombom.

DATED this 17th day of March, 2016.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REMAND - 1