UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHIRLEY S. PARKER, | Case No.  C15-00426-RSL/KLS |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the plaintiff's motion for Attorney Fees, Expenses and Costs Under the Equal Access to Justice Act.  After reviewing the pleadings and records in this matter and there being no objection filed, the undersigned recommends that the Court grant the plaintiff's motion.  A proposed order accompanies this Report and Recommendation.

DATED this 6th day of July, 2016.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1