The Honorable Robert S. Lasnik
The Honorable Karen L. Strombom

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | | |
|---|---|---|
| SHIRLEY S. PARKER, | ) | No. 2:15-cv-00426-RSL-KLS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon Plaintiff's Motion for Attorney Fees, Expenses, and Costs Under the Equal Access

to Justice Act and Plaintiff's Contract for Attorney Representation in Federal Court, it is

hereby ordered that attorney's and paralegal's fees in the amount of $4,910.47 and expenses

in the amount of $20.21 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); and

costs in the amount of $12.25 pursuant to 28 U.S.C. § 1920; 31 U.S.C. §1304(a), shall:

(1) Be awarded to Plaintiff pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010)

and delivered to Plaintiff's counsel, Robert A. Friedman; however,

Order - 1
[No. 2:15-cv-00426-RSL-KLS]

1    (2) If the U.S. Department of the Treasury determines that Plaintiff's EAJA

2    fees, expenses, and costs are not subject to any offset allowed under the

3    Department of the Treasury's Offset Program, then the check for EAJA fees,

4    expenses, and costs shall be made payable to Plaintiff's attorney, Robert A.

5    Friedman, based upon Plaintiff's assignment of these amounts to him.

6

7

8    Dated:   July 6, 2016.

9

10

11                                                    Robert S. Lasnik

12                                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25                                                    **ROBERT A. FRIEDMAN and ASSOCIATES**
                                                      3410 Broadway
26   Order - 2                                        Everett, Washington 98201
     [No. 2:15-cv-00426-RSL-KLS]                      (425) 252-5551
                                                      FAX (425) 259-7111